IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-00838-REB-MEH

PHIL KENAWELL, on behalf of themselves and classes of those similarly situated,

    Plaintiffs,

v.

WELLS FARGO FINANCIAL, INC.,
WELLS FARGO FINANCIAL COLORADO, INC., d/b/a Wells Fargo Financial,
WELLS FARGO FINANCIAL ACCEPTANCE, and
DOES 1-50,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Plaintiffs' Motion To Strike The Amended Complaint From The Docket** [#15] filed July 23, 2008. The motion is **GRANTED**, and plaintiffs' **Amended Complaint For Damages, Restitution and Injunctive Relief** [#11] filed July 21, 2008, is **STRICKEN**.

    Dated: July 28, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.