IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00838-PAB-MEH

PHIL KENAWELL, on behalf of themselves and classes of those similarly situated,

    Plaintiff,

v.

WELLS FARGO FINANCIAL, INC.,
WELLS FARGO FINANCIAL COLORADO, INC., d/b/a Wells Fargo Financial,
WELLS FARGO FINANCIAL ACCEPTANCE, and
DOES 1-50,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2009.**

    In light of the Stipulation for Dismissal filed in this action on January 5, 2009, Plaintiff's Motion to Compel [filed December 11, 2008; docket #40] is **denied as moot**.